UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No. 4:12-CR-4-TWP-MGN-1 |
| RALPH T. MINOR, | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated August 14, 2014, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of 11 months, with no term of supervised release to follow. The Defendant shall self-surrender upon notice from the U.S. Probation Office and shall continue to reside at the Volunteers of America in Evansville until he reports to the BOP as previously ordered.

08/15/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

ECF registered counsel of record
U.S. Marshal
U.S. Probation